**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Derr Corporation | |
| | **Debtor(s)** | Case No.: 11–37788 |
| | | Chapter: 7 |

ENTERED
01/11/2017

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Randy W Williams is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/11/17

_____
JEFF BOHM
United States Bankruptcy Judge